UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY C. MOSER,<br><br>         Plaintiff,<br><br>    v.<br><br>NORTH KERN STATE PRISON,<br><br>         Defendant. | No.  2:14-cv-1975-EFB P<br><br><br>ORDER |

   Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

   Plaintiff alleges a violation of his civil rights at North Kern State Prison, which is in Kern County, California.  Kern County is in the Fresno Division of the United States District Court for the Eastern District of California, and this action should have been commenced there.  E.D. Cal. Local Rule 120(d).  Where a civil action has not been commenced in the proper division of a court, the court may, on its own motion, transfer the action to the proper division.  E.D. Cal. Local Rule 120(f).

/////

/////

/////

1

Accordingly, it is hereby ordered that:

1. This action is transferred to the Fresno Division.

2. The Clerk of Court shall assign a new case number.

3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: August 28, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE